UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMSON,<br><br>          Plaintiff,<br><br>     v.<br><br>AYE, et al.,<br><br>          Defendant. | CASE NO. 1:16-cv-01147-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE WITH PREJUDICE FOR FAILURE TO STATE A CLAIM**<br><br>**(ECF No. 11)**<br><br>**DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK  TO CLOSE CASE** |

Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on August 5, 2016. (ECF No. 1.)  On January 30, 2017, the Magistrate Judge assigned to the case screened Plaintiff's first amended complaint and, finding it did not state any cognizable claims, recommended the case be dismissed with prejudice for failure to state a claim. (ECF No. 11.) Plaintiff was directed

to file his objections within fourteen days. The fourteen day deadline has passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on January 30, 2017 (ECF No. 11) in full;
2. This case is DISMISSED with prejudice for failure to state a claim;
3. Dismissal counts as a STRIKE pursuant to the "three-strikes" provision of 28 U.S.C. § 1915(g); and
4. The Clerk of Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   March 21, 2017                              /s/ signature

SENIOR DISTRICT JUDGE